IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY CLIFTON WADE, #220160, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>WILLIE THOMAS, WARDEN, et al., )<br>)<br>Respondents. ) | CIVIL ACTION NO. 2:05cv141-MHT<br>(WO) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on March 27, 2007 (doc. no. 34), and after an independent and de novo review of the record, said Recommendation is adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the petition for habeas corpus relief filed by Petitioner Henry Clifton Wade (doc. no. 1) is DENIED with prejudice.

DONE, this the 23rd day of April 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE